Stephen McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (State Bar No. 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff*
*D.M.F.P. Crush Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M.F.P. CRUSH INC., <br><br> Plaintiff, <br><br> v. <br><br> FASHION NOVA, LLC <br><br> Defendant. | Case No. 2:21-cv-9909 <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> **Demand for Jury Trial** |

Plaintiff D.M.F.P. Crush Inc. d/b/a Bikini Crush Swimwear ("Bikini Crush"), for its Complaint against Fashion Nova, LLC ("Fashion Nova" or "Defendant"), states and alleges as follows:

## Introduction

1. Bikini Crush is a swimwear, beachwear, and accessories company that has been creating unique luxury swimwear designs for over 10 years. Bikini Crush is a small company that intentionally focuses on selling to the high-end market.

2. Bikini Crush's team designs all of its own swimwear, which is hand-made in the USA from the highest-quality premium materials.

3. Bikini Crush's unique designs have been worn by celebrities like Cardi

B, Christina Milian, Angelina Pivarnick, Ashanti, Erica Mena, and Mel B. Bikini Crush's swimwear has been featured in magazines like People, television shows like Jersey Shore, and news outlets such as TMZ and The Shade Room.

4. Bikini Crush's swimwear designs are very popular on social media, including Instagram where it has more than 437,000 followers.

5. Defendant Fashion Nova is one of the country's largest purveyors of inexpensive "fast-fashion" apparel. Fashion Nova's CEO has bragged that the company churns out over 500 new clothing designs every week.

6. Fashion Nova's clothing has been—according to *The New York Times*—often made by workers sewing in sub-standard conditions and making far less than minimum wage.

7. Rather than create its own designs, Fashion Nova frequently copies the designs created by other companies, including Bikini Crush.

8. In the last two years, Fashion Nova has copied at least five of Bikini Crush's original designs. That includes the swimsuit design at issue in this action, as described in more detail below. It also includes at least three other swimsuit designs and a design for a jeweled face mask. Screenshots of Bikini Crush's designs and Fashion Nova's copies are shown in the attached Exhibit A.

9. This case arises from Fashion Nova's misappropriation and unauthorized copying of Bikini Crush's original design for the "I'm Your Angel" bikini, which is protected by a U.S. copyright registration. Without seeking permission, Fashion Nova produced and began selling a nearly-identical knockoff swimsuit priced between 30-80 percent less than Bikini Crush's original design, undercutting Bikini Crush's market and creating the appearance that Bikini Crush had licensed its design to Fashion Nova.

10. As a direct result of Fashion Nova's copying, Bikini Crush's copyrighted work has now been widely copied and distributed under Fashion Nova's brand without Bikini Crush's permission.

11. Fashion Nova has engaged in this misconduct in violation of U.S. copyright laws, and its actions have substantially harmed Bikini Crush.

## Nature of the Action

12. This is an action at law and in equity for copyright infringement under the Copyright Act of 1976 (the "Copyright Act"), 17 U.S.C. §§ 101 *et seq*.

13. This action arises by reason of Fashion Nova's willful and unauthorized public display, modification, reproduction, and distribution of copies of Bikini Crush's "I'm Your Angel" design. Bikini Crush seeks an injunction prohibiting further copying of its works, recovery of total profits and costs, and additional relief as set forth below.

## The Parties

14. Plaintiff D.M.F.P. Crush Inc. is a corporation duly organized and existing under the laws of Florida, with its principal place of business at 6555 Powerline Rd, Ste. 307, Fort Lauderdale, FL 33309.

15. Defendant Fashion Nova, LLC is a limited liability company duly organized and existing under the laws of California, with its principal place of business at 2801 E 46th St., Vernon, CA 90058.

## Jurisdiction and Venue

16. This is a civil action alleging copyright infringement under the Copyright Act, 17 U.S.C. § 501. This Court has exclusive subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331 and 1338.

17. This Court has personal jurisdiction over Fashion Nova. Fashion Nova has substantial business operations in California and is subject to personal jurisdiction in this state, with its principal place of business in Los Angeles County. Further, Defendant engaged in infringing conduct within California and purposefully directed its activities through websites and social media pages at California, where Defendant sells merchandise.

18. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c)

because a substantial part of the events giving rise to the claims occurred in this District, and Defendant is subject to personal jurisdiction and located in this District.

## Facts Underlying the Cause of Action

### Bikini Crush's Design and Copyright Registration

19. Bikini Crush released the "I'm Your Angel" swimsuit (the "Copyrighted Work") in spring 2020. Bikini Crush sells the swimsuit from its website at https://www.shopcrush.com/products/im-your-angel-quick-ship-top. The "I'm Your Angel" quickly became one of Bikini Crush's most popular designs.

20. As shown in the photograph below, the Copyrighted Work consists of a bikini top and bottom, each of which are highly-embellished with ornamental rhinestones and jeweled "wing" elements.

*Bikini Crush "I'm Your Angel"*



21. The U.S. Copyright Office awarded Copyright Reg. No. VA 2-223-251 (the "Registration") to Bikini Crush for the non-functional, ornamental aspects of the "I'm Your Angel" swimsuit design. The Registration has an effective date of September 7, 2020. A true and correct copy of the Registration certificate is attached hereto as Exhibit B.

22. Bikini Crush is the sole and exclusive owner of all right, title, and interest in and to the Copyrighted Work and the Registration. The Copyrighted Work is an original work of authorship, embodying copyrightable subject matter, and is subject to the full protection of the U.S. copyright laws.

### *Fashion Nova's Intentional Copying*

23. As noted above, Fashion Nova copied several of Bikini Crush's other original designs in 2020. *See* Exhibit A.

24. In or about spring of 2021, Fashion Nova also began producing and selling knockoffs of the Copyrighted Work. Without permission or authorization from Bikini Crush, Fashion Nova copied, distributed, displayed, and sold a substantially similar swimsuit entitled "Dripping In Diamonds 2 Piece Bikini Sunsuit – Black" (the "Infringing Swimsuit"). A screenshot of Fashion Nova's Infringing Swimsuit is below at right with a photograph of Bikini Crush's Copyrighted Work on the left.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



25. Fashion Nova's Infringing Swimsuit copies nearly every single design element of Bikini Crush's Copyrighted work—including the placement and orientation of the decorative jewels, identical jeweled "wing" element placement and design, and overall appearance.

26. Fashion Nova's Infringing Swimsuit is strikingly similar to Bikini

Crush's original "I'm Your Angel" design such that there is no possibility the Infringing Swimsuit design was independently created.

27. Fashion Nova's past copying of other Bikini Crush designs demonstrates that Fashion Nova had access to—and paid attention to—Bikini Crush's designs so that Fashion Nova could copy them. Before Fashion Nova decided to produce knockoffs of the Copyrighted Work, Fashion Nova had already copied three other Bikini Crush swimsuits and a unique facemask design.

28. Further, Fashion Nova had access to Bikini Crush's Copyrighted Work, which was available on Bikini Crush's website and was frequently posted to Bikini Crush's social media, including Facebook where Bikini Crush has more than 320,000 followers and Instagram where it has more than 437,000 followers.

29. The "I'm Your Angel" swimsuit was Bikini Crush's single best-selling item before Fashion Nova stole the design. Since Fashion Nova's infringement began, Bikini Crush's sales of the swimsuit design have plummeted to nearly zero, seriously damaging Bikini Crush's business.

30. Fashion Nova's copying of the Copyrighted Work was willful and intentional. Fashion Nova has demonstrated a pattern of seeking to make money by knocking off Bikini Crush designs and deeply undercutting Bikini Crush's pricing for nearly identical copies.

## Count 1
## Infringement of Registered Copyright

31. Bikini Crush incorporates each paragraph above into this claim.

32. This claim is against Fashion Nova for infringement of Bikini Crush's Registration in the Copyrighted Work in violation of the Copyright Act, 17 U.S.C. § 101 *et seq*.

33. Bikini Crush is the owner of a valid and registered copyright in the design of the Copyrighted Work, Reg. No. VA 2-223-251.

34. Bikini Crush's Copyrighted Work contains a substantial amount of

original material which is non-utilitarian and ornamental in nature and thus constitutes copyrightable subject matter under the Copyright Act.

35. Bikini Crush did not authorize Fashion Nova to copy, reproduce, or sell the Copyrighted Work or to display a reproduction of that work.

36. Fashion Nova infringed Bikini Crush's Registration by reproducing, distributing, selling, and publicly displaying copies of the "I'm Your Angel" swimsuit without authorization, in violation of Bikini Crush's exclusive rights under the Copyright Act, 17 U.S.C. § 106.

37. Fashion Nova's infringement of the Copyrighted Work began after September 7, 2020, which is the effective date of the Registration.

38. Fashion Nova knew it was copying Bikini Crush's original design, and its infringement is willful.

39. Bikini Crush is entitled to recover the actual damages suffered by it as a result of Fashion Nova's infringement, and any profits of Fashion Nova that are attributable to the infringement, in such amounts as are proven at trial.

40. In the alternative, Bikini Crush is entitled to statutory damages under 17 U.S.C. § 504 of up to $150,000 for Fashion Nova's willful infringement of Bikini Crush's registered copyright.

41. Bikini Crush is entitled to its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505.

42. Bikini Crush is further entitled to a temporary and permanent injunction under 17 U.S.C. § 502 preventing Fashion Nova from further violations.

## Prayer for Relief

WHEREFORE, Bikini Crush prays that this Court enter judgment in its favor on the claim for relief set forth above and award Bikini Crush relief including but not limited to an Order:

a) Awarding Bikini Crush monetary relief under 17 U.S.C. § 504 in an amount to be determined at trial, consisting of the actual damages suffered by

Bikini Crush as a result of Fashion Nova's infringement, and any profits of Fashion Nova that are attributable to the infringement.

  b) In the alternative, awarding Bikini Crush statutory damages of $150,000 under 17 U.S.C. § 504 for Fashion Nova's willful infringement of Bikini Crush's registered copyright.

  c) Granting a temporary and permanent injunction pursuant to 17 U.S.C. § 502 preventing Fashion Nova and anyone working in concert with it from copying, displaying, distributing, selling, or offering to sell the Infringing Swimsuit.

  d) Awarding Bikini Crush all of its costs, interest, and reasonable attorneys' fees in this action as authorized by 17 U.S.C. § 505.

  e) Awarding such other and further relief as this Court may deem just and appropriate under the circumstances.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38 and Central District of California L.R. 38-1, Bikini Crush demands a trial by jury on all issues so triable.

DATED: December 23, 2021    THE MCARTHUR LAW FIRM, PC

By: /s/ *Stephen C. McArthur*
    STEPHEN C. MCARTHUR

Stephen McArthur
stephen@smcarthurlaw.com
Thomas Dietrich
tom@smcarthurlaw.com
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff D.M.F.P. Crush Inc.*

# **Exhibit A**

*Bikini Crush "I'm Your Angel" bikini released in 2020*

*Fashion Nova copied bikini, "Dripping in Diamonds," released after Bikini Crush's design*




*Bikini Crush "Diva Millionaire" bikini released in 2020*

*Fashion Nova copied bikini, released after Bikini Crush's design*



*Bikini Crush "Krystiana" bikini*     *Fashion Nova copied bikini, released after Bikini Crush's design*



*Bikini Crush "Krystiana Micro" bikini*

*Fashion Nova copied bikini, released after Bikini Crush's design*




*Bikini Crush "Genie Mask" released in 2020*

*Fashion Nova "Draped in Rhinestones" mask released several months after Bikini Crush's mask*





# **<u>Exhibit B</u>**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-223-251**

**Effective Date of Registration:**
September 07, 2020
**Registration Decision Date:**
November 17, 2020

---

## Title

    Title of Work:    I'm You're Angel Black swimsuit

## Completion/Publication

    Year of Completion:    2020
    Date of 1st Publication:    April 01, 2020
    Nation of 1st Publication:    United States

## Author

-     Author:    D.M.F.P. Crush Inc.
    Author Created:    2-D artwork
    Work made for hire:    Yes
    Domiciled in:    United States

## Copyright Claimant

    Copyright Claimant:    D.M.F.P. Crush Inc.
    6555 Powerline Rd., Ste. 307, Fort Lauderdale, FL, 33309, United States

## Rights and Permissions

    Organization Name:    The McArthur Law Firm, PC
    Name:    Stephen McArthur
    Email:    stephen@smcarthurlaw.com
    Telephone:    (323)639-4455
    Address:    9465 Wilshire Blvd., Suite 300
    Beverly Hills, CA 90212 United States

## Certification

**Name:** Thomas Dietrich
**Date:** September 07, 2020

**Correspondence:** Yes
**Copyright Office notes:** Regarding basis for registration: Graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.