| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Stephen Charles McArthur (Bar No. 277712)<br>stephen@smcarthurlaw.com<br>THE MCARTHUR LAW FIRM, P.C.<br>9465 Wilshire Blvd., Ste. 300<br>Beverly Hills, CA 90212<br>Telephone: (323) 639-4455<br><br>ATTORNEY(S) FOR: Plaintiff | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M.F.P. CRUSH INC.,<br><br>         Plaintiff(s),<br>           v.<br>FASHION NOVA, LLC<br><br>         Defendant(s) | CASE NUMBER:<br><br>2:21-cv-9909<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for       D.M.F.P. CRUSH INC.,
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| None | |

12/23/2021                                        *Stephen McArthur*
Date                                              Signature

Attorney of record for (or name of party appearing in pro per):

D.M.F.P. CRUSH INC.,