# UNITED STATES DISTRICT COURT

for the
Central District of California

| | | |
|---|---|---|
| **D.M.F.P. CRUSH INC.** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:21-cv-09909-GW-MAA |
| | ) | |
| **FASHION NOVA, LLC** | ) | |
| | ) | |
| *Defendant* | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Phillip Hernandez, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Fashion Nova, LLC in Los Angeles County, CA on December 29, 2021 at 12:19 pm at 330 N Brand Blvd, Ste 700, Glendale, CA 91203 by leaving the following documents with John Montijo who as Office Employee at CT Corporation System is authorized by appointment or by law to receive service of process for Fashion Nova, LLC.

Summons in a Civil Action
Complaint for Copyright Infringement

Additional Description:
I gave the documents to John Montijo, employee for Registered Agent CT Corporation System.

Hispanic or Latino Male, est. age 30, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=34.1512860196,-118.2549201834
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Los Angeles County__ , __CA__ on
__1/5/2022__ .

/s/ *Phillip Hernandez*

Phillip Hernandez - (747) 215-0402
Registration No.: 2021220897
Registration County: Los Angeles

# Exhibit 1



Exhibit 1a)



Exhibit 1b)