UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-9909-GW-MAAx | Date | August 3, 2022 |
|---|---|---|---|
| Title | *D.M.F.P. Crush, Inc. v. Fashion Nova, LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


A Joint Notice of Settlement was filed on August 3, 2022. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court now sets an order to show re: settlement hearing for October 6, 2022 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on October 5, 2022.

|  | : |
|---|---|
| Initials of Preparer | JG |